UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-CR-62-01 M/F |
| | ) | |
| FAREN CARTER, | ) | |
|     Defendant. | ) | |

<u>Entry for May 9, 2008</u>

<u>Honorable Larry J. McKinney, Judge</u>

Parties appear for sentencing hearing.   Government appears by Melanie Conour. Defendant appears in person and by counsel, Larry Champion.   Mark McCleese appears for the Probation Department.   Court Reporter is Fred Pratt.   Sentencing hearing held and concluded.

Sentence imposed.

Defendant advised of his limited right to appeal.

Defendant remanded to the custody of the U. S. Marshal.

J & C forthcoming.